United States District Court
Southern District of Texas

**ENTERED**
April 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE WHITSON, § § *Plaintiff,* § § V. § § ALLSTATE FIRE AND CASUALTY § INSURANCE COMPANY, JAMES BURT, § AND NICHOLAS MORTON, § § *Defendant.* § | CIVIL ACTION NO. 4:17-CV-00164 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court, after having considered Plaintiff, JANE WHITSON, AND DEFENDANTS, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND NICHOLAS MORTON'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants (including JAMES BURT) are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 12th day of April, 2018.

_____
JUDGE PRESIDING

1

5934791v1
03647.001

**AGREED:**

_/s/ Chad T. Wilson_
_____
Chad T. Wilson
Federal No. 2246983
State Bar No. 24079587
Nicholas J. Saranto
Federal No. 3126228
State Bar No. 24091355
CHAD T. WILSON LAW FIRM PLLC
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77058
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
nsaranto@cwilsonlaw.com

**ATTORNEYS FOR PLAINTIFF**

_/s/ Jay Scott Simon_
_____
Jay Scott Simon
Federal No. 31422
State Bar No. 24008040
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANTS
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY AND
NICHOLAS MORTON**